UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JUDY ANN KEETER and
ROBERT L. KEEFER,

    Plaintiffs,

v.                                                Case No. 3:21-cv-804-BJD-JBT

STATE OF FLORIDA
DEPARTMENT OF FINANCIAL
SERVICES DIVISION OF RISK
MANAGEMENT, Jimmie Patronis,
in his official capacity as CEO, and
in his individual capacity of agency,
INNOVA INVESTMENT GROUP,
LLC, in their official capacity as
agency, MATTHEW ESTEVEZ, as
attorney in official capacity and
individual capacity as agency,
MARK HARRISON MAHON, in
official capacity as Chief Judge of
the Fourth Judicial Circuit of
Duval County Florida and
individual capacity agency, JOHN
DOES NOS. 1-25, FIRST
DISTRICT COURT OF APPEALS,
in Tallahassee Florida, JOHN
DOES NOS. 1-500, and CITY OF
JACKSONVILLE FLORIDA,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Judy Keeter and Robert Keefer, initiated this action on August 20, 2021 by filing a pro se Civil Rights Complaint. (Doc. 1). While the

Complaint is difficult to understand, it appears Plaintiffs are asserting federal civil rights claims based on a foreclosure or eviction action that occurred in state court. Id. at 16–17.

This Court, proceeding sua sponte, struck the original Complaint, asking Plaintiffs to file an amended complaint that complies with the applicable rules of procedure. (Doc. 3). This Court ordered such amendment on or before September 29, 2021. Id. at 5.

On September 30, 2021, Plaintiffs moved for an extension of time to file their amended complaint, which this Court granted. (Docs. 4, 5). This Court set a new filing deadline for December 1, 2021. (Doc. 5). On December 2, 2021, Plaintiffs again moved for an extension of time to file their amended complaint, which the Court again granted. (Docs. 6, 7). Within its Endorsed Order, this Court extended the filing deadline to January 3, 2022, and noted it did "not anticipate granting any further extensions to file an amended complaint." (Doc. 7).

On January 4, 2022, Plaintiffs filed another motion for extension of time to file their amended complaint. (Doc. 8). On January 7, 2022, this Court issued an Order to Show Cause, ordering the Plaintiffs to show cause by January 21, 2022 why the claims raised against Defendants should not be dismissed for Plaintiffs' failure to prosecute. (Doc. 9). On January 21, 2022, Plaintiffs moved for an extension to file an amended complaint by January

24, 2022. (Doc. 10). No other filings have been submitted to the Court at this time.

As of the date of this Order, Plaintiffs have not complied with the Court's Orders (Doc. 3, 5, 7, 9). Given the designated time to respond to the Court's Order to Show Cause (Doc. 9) passed on January 21, 2022, the Court concludes that the dismissal of this case for failure to prosecute is appropriate at this time.

"A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" Equity Lifestyle Prop., Inc. v. Fla. Moving & Landscape Serv., Inc., 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting Chambers v. NASCO, Inc., 501 U.S. 32, 43 (1991)). Courts "need not tolerate defiance of reasonable orders," and may dismiss cases for that reason or for failure to prosecute. Id. at 1241 (citation omitted); see also Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.").

Plaintiffs have received ample warning that their case could be dismissed for their failure to comply with Court Orders. See Orders (Docs. 3, 9). Accordingly, the Court will dismiss this case without prejudice for Plaintiffs' failure to prosecute.

Accordingly, after due consideration, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

2. The Clerk of Court shall enter judgment dismissing this case, terminate any pending motions, and close the case.

**DONE** and **ORDERED** in Jacksonville, Florida this 25th day of January, 2022.

BRIAN J. DAVIS
United States District Judge

8
Copies furnished to:

Counsel of Record
Unrepresented Parties